```
 1  ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
 2
    MARTHA BOERSCH (CABN 126569)
 3  Chief, Criminal Division

 4  ERIC CHENG (CABN 274118)
    AJAY KRISHNAMURTHY (CABN 305533)
 5  ALETHEA M. SARGENT (CABN 288222)
    Assistant United States Attorneys
 6
         1301 Clay Street, Suite 340S
 7       Oakland, California 94612
         Telephone: (510) 637-3680
 8       FAX: (510) 637-3724
         eric.cheng@usdoj.gov
 9       ajay.krishnamurthy@usdoj.gov
         alethea.sargent@usdoj.gov
10
    Attorneys for United States of America
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | **CASE NO. 4:23-cr-00264 JSW** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | PROPOSED TRIAL SCHEDULE, STIPULATION TO EXCLUDE TIME, AND [PROPOSED] ORDER |
| v. | ) | **AS MODIFIED** |
| | ) | |
| MORTEZA AMIRI, | ) | Re: Dkt. No. 140 |
| AMANDA CARMELLA THEODOSY, | ) | |
| ERNESTO JUAN MEJIA-OROZCO, and | ) | |
| BRAULI RODRIGUEZ JALAPA, | ) | |
| | ) | |
| Defendants. | ) | |

At the status hearing on March 19, 2024, the Court directed the parties to submit a proposed trial date and schedule by April 2, 2024. The parties jointly propose August 5, 2024 as the first day of trial, as well as the following schedule, if convenient to the Court:


| EVENT | PROPOSED DATE |
|---|---|
| First Day of Trial | August 5, 2024, 8:00 a.m. |
| Jury Selection | July 31, 2024, 8:00 a.m. |
| Final Pre-Trial Conference | July 22, 2024, 2:00 p.m. |
| Motion Hearing | May 21, 2024, 1:00 p.m. |

Moreover, it is also hereby stipulated by and between counsel for the United States and the undersigned counsel that time be excluded in this matter under the Speedy Trial Act from March 19, 2024 to August 5, 2024.

At the status conference held on March 19, 2024, the government and counsel for the defendants agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced and preparing for trial in August 2024. For these reasons and as further stated on the record at the status conference, the parties stipulate and agree that excluding time through and until August 5, 2024 will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

//
//
//
//
//
//
//
//
//
//
//

1  The parties further stipulate and agree that the ends of justice served by excluding the time from March
2  19, 2024 through August 5, 2024 from computation under the Speedy Trial Act outweigh the best
3  interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).
4      The undersigned Assistant United States Attorney certifies that he has obtained approval from
5  counsel for the defendants to file this stipulation and proposed order.

7      IT IS SO STIPULATED.

9  DATED:  April 1, 2024                    Respectfully submitted,

10                                     ISMAIL J. RAMSEY
                                    United States Attorney

12                                       /s/
                                    ERIC CHENG
13                                     AJAY KRISHNAMURTHY
                                    ALETHEA SARGENT
14                                     Assistant United States Attorneys

16                                       /s/
                                    TIMOTHY CRUDO
17                                     Counsel for Defendant MORTEZA AMIRI

19                                       /s/
                                    PAUL GOYETTE
20                                     Counsel for Defendant AMANDA
21                                     CARMELLA THEODOSY

22                                       /s/
                                    STEVEN KALAR
23                                     MICHAEL HINCKLEY
                                    Counsel for Defendant ERNESTO JUAN
24                                     MEJIA-OROZCO

26                                       /s/
                                    ADAM PENNELLA
27                                     Counsel for Defendant BRAULI
                                    RODRIGEUZ JALAPA

**[PROPOSED] ORDER**

Based on the stipulation of the parties, the Court sets the following schedule:

| EVENT | ~~PROPOSED~~ DATE |
|---|---|
| First Day of Trial | August 5, 2024, 8:00 a.m. |
| Jury Selection | July 31, 2024, 8:00 a.m. |
| Final Pre-Trial Conference | ~~July 22, 2024, 2:00 p.m.~~ **July 8, 2024, 2:00 p.m.** |
| Motion Hearing | ~~May 21, 2024, 1:00 p.m.~~ **May 28, 2024, 1:00 p.m.** |

Additionally, based upon the facts set forth in the stipulation of the parties and the representations made to the Court on March 19, 2024 and for good cause shown, the Court finds that failing to exclude the time from March 19, 2024 through August 5, 2024 would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from March 19, 2024 through August 5, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, and with the consent of the stipulating parties, IT IS HEREBY ORDERED that the time from March 19, 2024 to August 5, 2024 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: April 2, 2024

HON. JEFFREY S. WHITE
Senior United States District Judge